UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00454-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2.  ALONSO BARRENDEY,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Defendant Alonso Barrendey filed a Notice of Disposition [ECF No. 120] in the above matter on February 2, 2010.  A Change of Plea hearing is set for **Thursday, March 3, 2011 at 10:00 a.m.**

     **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.

     Dated:  February 2, 2011