IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00454-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.  ALONSO BARRENDEY,

       Defendant.

---

**ORDER AMENDING JUDGMENT**

---

This matter is before the Court on the Governments Unopposed Motion to Amend Judgment [ECF No. 234], filed July 12, 2011.  Upon consideration, it is

ORDERED that the Government's Motion [ECF No. 234] is **GRANTED**.  The Judgment is amended to include a provision that Subject $12,295.00 in United States Currency is forfeited to the United States.

Dated:  August 2, 2011

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Chief United States District Judge